FILED
2015 Dec-10  PM 04:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TYLER GALVEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 7:15-cv-01847-TMP |
| ) | |
| KUYKENDALL & POWELL ) | |
| OIL COMPANY, INC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

The plaintiff has filed a Voluntary Motion to Dismiss, which the court construes to be pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Doc. 10). Although a court order is unnecessary to accomplish dismissal under the rules, the court dismisses, with prejudice, plaintiff's claims against the defendant.

**DONE** and **ORDERED** on December 10, 2015.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE